# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| David Meyers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00182-DCC-KFM |
| | ) | |
| vs. | ) | |
| | ) | |
| Edward Hedrick | ) | |
| Alexander County Superior Court | ) | |
| Chad Pennell | ) | |
| Alexander County District Court | ) | |
| Bryan Nichols | ) | |
| Chief Magistrate of Alexander County | ) | |
| North Carolina | ) | |
| Alexander County North Carolina, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2024 Text Order.

June 18, 2024

Katherine Hord Simon, Clerk
United States District Court